**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KINZA ABDUL SALAAM, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:18-CV-01547-DDN |
| ) | |
| TRANS STATES AIRLINES, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kinza Abdul Salaam and Defendant Trans States Airlines, L.L.C., by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. Defendant agrees to the form and substance of this Stipulation of Dismissal with Prejudice.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART | SEDEY HARPER WESTHOFF, P.C. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| */s/ Bradley W. Tharpe w/ permission* | */s/ Jessica M. Scales* |
| Rodney A. Harrison, #44566MO | Donna L. Harper, #26406MO |
| Bradley W. Tharpe, #71203MO | Jessica M. Scales #64136MO |
| 7700 Bonhomme Avenue, Suite 650 | Claire Bruner-Wiltse, #69434MO |
| St. Louis, Missouri 63105 | 2711 Clifton Avenue |
| Telephone: 314-802-3935 | St. Louis, MO 63139 |
| Facsimile: 314-802-3936 | 314/773-3566 |
| Rodney.Harrison@ogletreedeakins.com | 314/773-3615 (fax) |
| Bradley.Tharpe@ogletreedeakins.com | dharper@sedeyharper.com |
| Attorneys for Defendant | jscales@sedeyharper.com |
| | cbruner-wiltse@sedeyharper.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following:

Rodney A. Harrison, #44566MO
Bradley W. Tharpe, #71203MO
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone:  314-802-3935
Facsimile: 314-802-3936
Rodney.Harrison@ogletreedeakins.com
Bradley.Tharpe@ogletreedeakins.com
Attorneys for Defendant

Leslie Cavender #63461MO
Labor & Employment Counsel
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, MO 63044
Phone: 314-222-4317
Leslie.cavender@tshstl.com
ATTORNEY FOR DEFENDANT
TRANS STATES AIRLINES LLC

/s/ Jessica M. Scales